**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7206

CONRAD BURKE,

                    Petitioner - Appellant,

          v.

GENE  JOHNSON,  Director  of  Virginia  Department  of
Corrections,

                    Respondent - Appellee.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Alexandria.    Leonie  M.  Brinkema,
District Judge. (1:10-cv-01267-LMB-JFA)

Submitted:  February 13, 2012        Decided:  February 29, 2012

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Conrad  Burke,  Appellant  Pro  Se.  Donald  Eldridge  Jeffrey,  III,
Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Conrad Burke seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Burke has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Burke's motions for appointment of counsel, for a transcript at the Government's expense, and for reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>